JOHN BANGO, PLAINTIFF-PETITIONER, v. CARTERET LIONS CLUB, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 12 *N. J. Super.* 52.

*Mr. Robert C. Gruhin,* for the petitioner.

*Mr. John C. Stockel,* for the respondents.

June 25, 1951. Denied.

CLAUDE B. COPELAND, ET AL., PLAINTIFFS-RESPONDENTS, v. ALMA O. CLAFLIN, DEFENDANT-PETITIONER.

See same case below: 12 N. J. Super. 10.

*Mr. Louis B. LeDuc,* for the petitioner.

*Mr. James M. Davis, Jr.,* for the respondents.

June 25, 1951. Denied.